No. 98–1959. HARRIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–1962. BURNS v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 98–1963. FRANKLIN v. CITY OF BIRMINGHAM ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1965. WELCH ET AL. v. TOWN OF MOUNTAIN CITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1966. SHERMAN PARK APARTMENTS ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 98–1968. GRESHAM v. HENDERSON, POSTMASTER GENERAL. C. A. 10th Cir. Certiorari denied.

No. 98–1969. MORELLI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–1970. COMMERCIAL ENERGIES, INC. v. DANZIG, SECRETARY OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 98–1972. CONSTANT v. ADVANCED MICRO-DEVICES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1973. SZENAY v. YUKINS ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1974. MERGENS ET AL. v. DREYFOOS ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1975. BUGGS ET VIR v. TISDALE ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–1977. PAREDES-RAVELO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–1978. HAEFLING v. UNITED PARCEL SERVICE, INC. C. A. 7th Cir. Certiorari denied.